UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROBERT E. HILDINGER,

    Plaintiff,

v.

SYSTEMS & SERVICES TECHNOLOGIES, INC.,

    Defendant.

Case No.

| ROBERT E. HILDINGER<br>In Pro Per<br>5794 Rosebrook Drive<br>Troy, MI 48085<br>(248) 495-1787 | COLLINS, EINHORN, FARRELL & ULANOFF, P.C.<br>DEBORAH A. LUJAN (P46990)<br>Attorney for Defendant<br>4000 Town Center, Ste. 909<br>Southfield, MI 48075<br>Tel: (248) 355-4141<br>Fax: (248) 355-2277 |
|---|---|

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Systems & Services Technologies, Inc. (SST), and removes from the 52-4 Judicial District Court, County of Oakland, State of Michigan, the following described lawsuit, and respectfully represents:

1.    SST is the only named defendant in a civil action filed by plaintiff, Robert E. Hildinger, in the 52-4 Judicial District Court, County of Oakland, State of Michigan, captioned as *Robert E. Hildinger v. Systems & Services Technologies, Inc.*, Case No. 10COO964SC01 (hereinafter the "State Court Action").

1

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, SST removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et. seq.*

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. SST was served with the State Court Action Complaint on March 31, 2010. This Notice of Removal is filed within 30 days of SST's receipt of the State Court Action Complaint, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

6. A copy of all process, pleadings and orders served upon SST in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, based upon this Court's federal question jurisdiction, defendant, Systems & Services Technologies, Inc., respectfully requests that this case proceed in this Court, as an action properly removed from the 52-4 Judicial District Court, County of Oakland, State of Michigan.


        /s/ Deborah A. Lujan
        DEBORAH A. LUJAN (P46990)
        Collins, Einhorn, Farrell & Ulanoff
        Attorneys for Defendant
        4000 Town Center, Suite 909
        Southfield, Michigan 48075
        (248) 355-4141
        Deborah.lujan@ceflawyers.com

Dated: April 29, 2010

*Of Counsel*

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002-1752
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.biz

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT E. HILDINGER,<br><br>Plaintiff,<br><br>v.<br><br>SYSTEMS & SERVICES TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. |
| ROBERT E. HILDINGER<br>In Pro Per<br>5794 Rosebrook Drive<br>Troy, MI 48085<br>(248) 495-1787 | COLLINS, EINHORN, FARRELL & ULANOFF, P.C.<br>DEBORAH A. LUJAN (P46990)<br>Attorney for Defendant<br>4000 Town Center, Ste. 909<br>Southfield, MI 48075<br>Tel: (248) 355-4141<br>Fax: (248) 355-2277 |

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel for defendant, Systems & Services Technologies, Inc. (SST), certifies that, in compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal in the above-numbered and captioned matter was filed with the Clerk of the 52-4 Judicial District Court, County of Oakland, State of Michigan. This filing occurred on April 29, 2010.

Undersigned counsel further certifies that, in compliance with 28 U.S.C. § 1446(d), written notice of the removal was also given to all parties in this action, along with a copy of the Notice of Removal filed in this Court. This notice was given on April 29, 2010, to all of the parties named above as plaintiffs in this action or to their attorneys of record via U.S. Mail.

1

                                            /s/ Deborah A. Lujan
                                            DEBORAH A. LUJAN (P46990)
                                            Collins, Einhorn, Farrell & Ulanoff
                                            Attorneys for Defendant
                                            4000 Town Center, Suite 909
                                            Southfield, Michigan 48075
                                            (248) 355-4141
                                            Deborah.lujan@ceflawyers.com

Dated: April 29, 2010

*Of Counsel*

David Israel

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 N. Causeway Blvd.
Metairie, LA 70002-1752
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
disrael@sessions-law.biz

2

To order this form, call (517) 337-1211
Target Information Management, Inc.
Approved, SCAO

Original - Court
1st copy - Defendant

2nd copy - Plaintiff
3rd copy - Return

**STATE OF MICHIGAN**
**52-4 JUDICIAL DISTRICT**

**AFFIDAVIT AND CLAIM**
**Small Claims**

CASE NO. 10C00964SC01

Court address: 520 W. Big Beaver, Troy, MI 48084

Court telephone no. (248) 528-0400

See instructions on the back of plaintiff and defendant copies.

1. **Plaintiff:** Robert E. Hildinger
   **Address:** 5794 Rosebrook Dr
   **City, state/zip:** Troy MI 48085
   **Telephone no.:** (248) 495-1787

2. **Defendant:** Systems & Services Technologies, Inc
   **Address:** 4315 Pickett Rd
   **City, state, zip:** St Joseph MO 64503
   **Telephone no.:** (800) 789-8061

**NOTICE OF HEARING**
For Court Use Only

15. The plaintiff and the defendant must be in court on
   **Day:** Friday   **Date:** 05-07-10
   at **Time:** 1:30 pm at ☒ the court address above
   ☐ **Location:** Before a Magistrate
   **Process server's name:** Cert Mail   **Fee paid:** $ 10-

3. I have knowledge or belief about all the facts stated in this affidavit and I am (check one) ☒ the plaintiff, ☐ a partner, ☐ a full-time employee of the plaintiff.
4. The plaintiff is (check one) ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor.
5. The defendant is (check one) ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor.
6. The date(s) the claim arose are: October 15, 2009
7. Amount of money claimed is $ 1,000.00 plus cost. (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)
8. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____. The action ☐ remains ☐ is no longer pending.
9. The reasons for the claim are: Defendant charged fees during Bankruptcy and has continued to apply late fees on top of those access during the bankruptcy period. In accordance with the FDCPA Defendant also violated §806 Harassment or abuse provision and therefore defendant seeks damages as provided under §813 Civil...
10. The plaintiff understands and accepts that the claim is limited to $3,000.00 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.
11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.
12. ☐ I do not know whether the defendant is in the military service. ☐ The defendant is not in the military service.
    ☐ The defendant is in the military service.
13. **Signature:** [signed]
    Subscribed and sworn to before me on 03-22-10, [signature] County, Michigan.
    My commission expires: _____ **Date**
    **Signature:** [signed] Deputy clerk/Notary public
    Notary public, State of Michigan, County of _____
14. **Expiration date:** 06-22-10

Exhibit A

DC 84 (3/09) **AFFIDAVIT AND CLAIM, Small Claims**  MCL 600.8401 et seq., MCR 4.302, MCR 4.303

## ADDITIONAL NOTICE AND INSTRUCTIONS

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

- Before the trial (hearing) starts, you have the right to

    1. **remove the case to the general civil division of the district court**, or

    2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

    If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

- The court is being asked to settle a matter that the plaintiff says is your obligation and responsibility.

- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in item 15 on the front of this form.

- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 7, including the costs of this action.

- If the case is tried in the small claims division, you give up the right to (1) an attorney, (2) a jury trial, and (3) appeal the judge's decision.

- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

- In case a judgment is entered against you at the hearing, you should be prepared to (1) pay the amount stated in item 7, including the costs of this action, or (2) make arrangements for installment payments.

# WHAT TO DO IF YOU ARE BEING SUED IN SMALL CLAIMS COURT

The attached sheet titled "Affidavit and Claim" that you have just received means you (the defendant) are being sued in the Small Claims Division of District Court. The Court is being asked to settle a matter which someone (the plaintiff) says are your obligation and responsibility.

If you feel the claim is justified and there is no need to go to trial, contact the plaintiff immediately and make arrangements to pay the money you owe. He will then contact the court and have the case dismissed. Remember, however, once the plaintiff has started a court action, he is entitled to any court costs that he has had to pay up to the time of settlement.

If you should disagree with the claim and feel it is not your obligation, come to court prepared to dispute the plaintiff's claim. For instance, if it's a bill and you can prove you paid it, bring the proof to court. If the material or service you are being asked to pay wasn't received or was unsatisfactory be prepared to prove it. **YOU MUST BRING ALL YOU WITNESSES AND PROOFS WITH YOU ON THE DAY OF THE TRIAL.** Remember that it's your word against theirs because you weren't prepared to prove your case.

If you decide to go to the trial, the date you are to appear is shown on the affidavit under "Notice of Hearing". Plan to arrive at the courthouse a few minutes early to check in at the counter. This will give you time to locate the courtroom where you trial will be held.

By having the case tried in the Small Claims Division, both parties give up the following rights: 1) the right to have an attorney-you must represent yourself; 2) the right to appeal to a higher court-the District Court judge's decision is final; and 3) the right to a jury trial.

If you feel the case is complicated and you need special legal assistance, you may want to hire and attorney to represent you. **CONTACT ONE IMMEDIATELY.** He will then file the necessary paperwork to have the case changed from Small Claims to the regular civil division of the court.

If you fail to appear at the hearing, or appear late, the court may enter a default judgment against you and you will have to pay. If the plaintiff fails to appear the court will dismiss the case.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29[h] day of April, 2010, a copy of the foregoing **NOTICE OF REMOVAL** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy has also been sent via U.S. Mail to the following:

Robert E. Hildinger
In Pro Per
5794 Rosebrook Drive
Troy, MI 48085

                                        s/ Deborah A. Lujan
                                        DEBORAH A. LUJAN (P46990)
                                        Collins, Einhorn, Farrell & Ulanoff
                                        Attorneys for Defendant
                                        4000 Town Center, Suite 909
                                        Southfield, Michigan 48075
                                        (248) 355-4141
                                        Deborah.Lujan@ceflawyers.com

Dated: April 29, 2010

4